UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED FOOD & COMMERCIAL WORKERS UNION, LOCAL NO. 324,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>FOOD 4 LESS OF CALIFORNIA, INC., an California Corporation,<br><br>　　　Respondents.<br>_____ | CASE No. 12-CV-06403-JAK (JPRx)<br><br>[Assigned to Hon. John Kronstadt, Courtroom 750]<br><br>**JUDGMENT CONFIRMING ARBITRATION AWARD**<br><br>**JS-6** |

　　　Pursuant to the Stipulation For Judgment Confirming Arbitration Award filed by the parties in this proceeding,

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

　　　1.　　That the June 25, 2012 Opinion and Award of Arbitrator Bonnie Prouty Castrey (Exhibit "B" to the Petition To Confirm filed herein on July 26, 2012) is hereby confirmed pursuant to Section 9 of the United States Arbitration Act, 9 U.S.C. § 9.

　　　2.　　That pre-judgment interest in the amount of $322.50 is awarded to

1

Petitioner United Food & Commercial Workers Union, Local 324.

3. That Petitioner shall be awarded its recoverable costs in this proceeding in the amount of $350.00.

4. That no attorney's fees, post-judgment interest or other relief not provided by this Judgment is awarded to either party in this proceeding.

5. Petitioner's Petition and of Hearing on Petition to Confirm and Enforce Labor Arbitration Award (Dkt. 5), set for hearing on November 19, 2012, is taken off calendar.

Dated: October 31, 2012

_____
JOHN A. KRONSTADT
United States District Judge

JOINTLY PRESENTED BY:

DONALD B. WALLCE
ST. JOHN, WALLACE, BRENNAN &FOLAN LLP
21515 Hawthorne Blvd., Suite 1120
Torrance, California 90503-6504
(310) 792-1075; Fax: (310) 792-0635
Email: dbwallace@swbf.net


By: _____
         Donald B. Wallace
Attorneys for Respondent
Ralphs Grocery Company dba Food 4 Less


ROBERT A. CANTORE
GILBERT & SACKMAN
A Law Corporation
3699 Wilshire Blvd., Suite 1200
Los Angeles, California 90010-2732
(323) 938-3000; Fax: (323) 937-9139

2

JUDGMENT CONFIRMING ARBITRATION AWARD
Case No. 12-CV-06403-JAK (JPRx)

1  Email: rac@gslaw.org

2

3
   By: _____
4           Robert A. Cantore
   Attorneys for Petitioner United Food &
5  Commercial Workers Union, Local No. 324

6  ///

7  ///

8  ///